# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION
#### 3:99CR181-1

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **)** | |
| | **)** | |
| **vs.** | **)** | **ORDER** |
| | **)** | |
| **Paul Dameron Midgett** | **)** | |

 

The matter is before the court upon the court's own motion for a continuance of this matter from the June 22, 2005 criminal sentencing term in the Charlotte Division.

The court finds for the reasons stated in Defendant's motion that a continuance of sentencing shall be granted.

IT IS THEREFORE ORDERED that defendant's motion for continuance be, and it hereby is, **granted to the next available sentencing term as to the above named defendant in this case** in the Charlotte Division.

The Clerk is directed to certify copies of this order to defendant, counsel for defendant, to the United States Attorney, the United States Marshals Service, and the U.S. Probation Office.

**Signed: June 2, 2005**

Graham C. Mullen
Chief United States District Judge