# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION
### 3:99-CR-181-1-MU

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| PAUL DAMERON MIDGETT | ) | |
| | ) | |
| _____ | ) | |

       This matter is before the Court upon Defendant Paul Dameron Midgett's Motion to Continue Sentencing Hearing, filed October 10, 2005.  In this Motion, Defendant requests that his sentencing hearing be continued from November 8, 2005, due to the unavailability of witness Theresa Stansberry.  The Court will **GRANT** this request and hereby sets this sentencing for **Friday, December 2, 2005 at 10:00 a.m.**

       Defendant also seeks bifurcation of the sentencing hearing.  For reasons of judicial economy, the Court will **DENY** this request.

**Signed: October 14, 2005**

Graham C. Mullen
Chief United States District Judge