IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:99CR181-MU

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| PAUL DAMERON MIDGETT | ) | |
| | ) | |

This matter is before the court upon the government's Motion for Enforcement of Judgment, Request for Court Order Requiring Turnover of Funds and/or Writ of Attachment. The defendant has filed a response opposing the government's motion. In his response, the defendant asserts that the monies at issue are not the property of the defendant, but had been conveyed to his father, George Midgett. Assuming the legality of this conveyance, it appears to the court that the defendant has no standing to object to the government's motion. The court directs the government to file a brief addressing this issue. The defendant's father, George Midgett, may retain counsel and respond to the government's brief within ten days after it is filed.

IT IS SO ORDERED.

**Signed: December 22, 2005**

Graham C. Mullen
Chief United States District Judge