IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:99CR181-1

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| PAUL DAMERON MIDGETT | ) | |
| | ) | |

This matter is before the court upon motion of George E. Midgett to extend time to file a response. It appears to the court that this motion has not heretofore been granted. George Midgett has filed his response and the court hereby GRANTS his motion *nunc pro tunc*, and his response is accepted by the court as timely filed.

IT IS SO ORDERED.

Signed: February 24, 2006

Graham C. Mullen
United States District Judge