UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CRIMINAL NO. 3:99CR181-1

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| VS. | ) | ORDER TO SEAL |
| | ) | |
| PAUL DAMERON MIDGETT | ) | |

THIS MATTER is before the Court on the defendant's motion to seal the submission of medical records filed herein on March 15, 2006. For good cause shown it is hereby ORDERED that said submission of medical records in support of pending motion to reduce sentence shall be placed under seal by the Clerk.

This the 20th day of March, 2006.

The Honorable Graham C. Mullen