UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CRIMINAL NO. 3:99CR181-1

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| VS. ) | ORDER |
| ) | |
| PAUL DAMERON MIDGETT ) | |

THIS MATTER is before the Court on the request contained in the defendant's submission of medical records in support of pending motion to reduce sentence to be allowed to supplement filings in support of said motion up through and including April 3, 2006. Inasmuch as the defendant's counsel has informed the Court of his planned meeting with the defendant at the prison facility in Florida on March 27 and in light of the need to have filings to reflect the result of that meeting, it is hereby ORDERED that defendant shall have up through and including April 3, 2006, within which to file supplemental matters in connection with said pending motion.

This the 26th day of March, 2006.

The Honorable Graham C. Mullen