IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:99CR181

| | ) | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | **ORDER** |
| v. | ) | |
| | ) | |
| PAUL DAMERON MIDGETT | ) | |
| | ) | |

     This matter is before the court on its own motion. On March 15, 2006, a stack of medical records measuring approximately six inches tall were submitted to chambers for consideration on the defendant's motion to reduce sentence.

     This Court has neither the time nor the resources to parse through this voluminous stack of records. The defendant is directed to identify only those documents that are specific to the defendant's motion.

     IT IS THEREFORE ORDERED that defendant is directed to submit only the records that are relevant to his motion, along with an index identifying the records and the purpose for which they are submitted.

     IT IS SO ORDERED.

Signed: March 27, 2006

Graham C. Mullen
United States District Judge