IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:99CR181-1-MU

| UNITED STATES OF AMERICA | ) |  |
|---|---|---|
|  | ) |  |
| vs. | ) |  |
|  | ) | ORDER |
| PAUL DAMERON MIDGETT | ) |  |
|  | ) |  |

    This matter is before the court upon defendant's Motion to Employ Services of Transcriptionist. Having reviewed the motion, it appears to the court that such motion is more properly directed to the Fourth Circuit. Thus, the court will not entertain such motion unless and until directed to do so by the Fourth Circuit.

    IT IS THEREFORE ORDERED that defendant's motion is hereby DENIED.

Signed: April 24, 2006

Graham C. Mullen
United States District Judge