IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CRIMINAL NO. 3:99CR181

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> PAUL DAMERON MIDGETT, ) <br> ) <br> Defendant. ) <br> ) | **ORDER** |

THIS MATTER comes before the Court upon remand from the Fourth Circuit Court of Appeals. Upon direction by that court and its decision vacating Defendant's sentence as to Count II of the Bill of Indictment, the Clerk is hereby DIRECTED to prepare an Amended Judgment, deleting reference to Count Two under the Imprisonment provisions on Page 2 of the Judgment and under the Supervised Release provisions on Page 3 of the Judgment. Defendant will, therefore, be sentenced to 360 months' imprisonment as to Count One of the Indictment and to life imprisonment as to Count Three of the Indictment, to run concurrently, with each term to be followed by five years of supervised release, also to run concurrently. The remaining provisions of the Judgment should remain the same.

This the 16th day of July, 2007.

GRAHAM C. MULLEN
United States District Judge